96–2085. **Grove v. Tracy.** Board of Tax Appeals, Nos. 95–K–264 and 95–K–265. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due November 20, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Tuesday, November 26, 1996*

## MOTION DOCKET

96–2554. **State v. Miley.** Ross App. No. 95CA2168. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, granted, pending final disposition by this court.

PFEIFER, COOK and STRATTON, JJ., dissent.